DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**ANTONIO DOLL,**
Appellant,

v.

**JULIE JONES, SECRETARY OF FLORIDA DEPARTMENT OF CORRECTIONS,**
Appellee.

No. 4D18-3288

[May 9, 2019]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; David E. French, Judge; L.T. Case No. 502018CA009300.

Antonio Doll, South Bay, pro se.

Ashley B. Moody, Attorney General, Tallahassee, and James J. Carney, Sr. Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GERBER, C.J., MAY and CONNER, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***